In the Matter of STATE TAX COMMISSION, Respondent, against HERBERT N. RAWLINS, Appellant.

Submitted November 15, 1939; decided November 30, 1939.

*James R. Deering* for appellant.

*Mortimer M. Kassell* and *Paul Newman* for respondent.

Appeal dismissed, without costs. Order appealed from is not a final order. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.